## CRITERION CONSTRUCTION COMPANY v. CITY OF EAST ORANGE AND SCOTT, BUILDING INSPECTOR.

### Decided October 27, 1924.

#### Ordinance—Zoning—Governed by Nutley Case.

On *mandamus*. On demurrer to return.

Before GUMMERE, CHIEF JUSTICE, and Justices MINTURN and BLACK.

For the relator, *Merritt Lane.*

For the respondent, *Robert H. McCarter.*

PER CURIAM.

This case is controlled by the decision of the Court of Errors and Appeals in what is generally known as the Nutley case. *Ignaciunas* v. *Town of Nutley,* 1 *N. J. Adv. R.* 1023.

We are required by the decision in that case to sustain the demurrer to the return to the alternative writ.

It will be so ordered.